# Exhibit 1

Exhibit 1 Page 1 of 3



Exhibit 1 Page 2 of 3



Exhibit 1 Page 3 of 3