# Exhibit 3

Exhibit 3 Page 1 of 2



Exhibit 3 Page 2 of 2