# Exhibit 2

Exhibit 2 Page 1 of 3






Exhibit 2 Page 2 of 3





Exhibit 2 Page 3 of 3