UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| LARRY W. ASHWORTH | * | CIVIL ACTION NO. 2:20-CV-00053 |
| VERSUS | * | JUDGE JAMES D. CAIN, JR. |
| INTERNATIONAL PAPER COMPANY, ET AL | * | MAGISTRATE JUDGE KATHLEEN KAY |

## **ORDER**

Considering the Motion to Enroll Additional Counsel of Record, which was filed by Defendant, International Paper Company ("IP"):

**IT IS ORDERED** that the motion is **GRANTED**. Tim Gray is hereby enrolled as additional counsel of record for IP.

Lake Charles, Louisiana, this 2nd day of July, 2020.

_____
KATHLEEN KAY
UNITES STATES MAGISTRATE JUDGE