**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **LARRY W. ASHWORTH,** | **CASE NO.: 2:20-cv-00053-JDC-KK** |
| **VERSUS** | **HON. JAMES D. CAIN, JR.** |
| **INTERNATIONAL PAPER COMPANY,** | **MAGISTRATE JUDGE KAY** |
| **KERR-MCGEE CHEMICAL CORPORATION,** | |
| **KERR-MCGEE OPERATING CORPORATION,** | |
| **ANADARKO PETROLEUM CORPORATION,** | |
| **OCCIDENTAL PETROLEUM CORPORATION,** | |
| **AND BNSF RAILWAY COMPANY** | |

_____

**CERTIFICATE PURSUANT TO LOCAL RULE 7.4.1**

Undersigned counsel for BNSF Railway Company certifies that counsel for Larry Ashworth, International Paper Company, Anadarko Petroleum Corporation and Occidental Petroleum Corporation were contacted regarding the proposed filing of a First Amended and Supplemental Answer and they do not object to the filing of the First Amended and Supplemental Answer.

Respectfully submitted,

DAVIDSON, MEAUX, SONNIER, McELLIGOTT,
FONTENOT, GIDEON & EDWARDS

*s/Kyle L. Gideon*
KYLE L. GIDEON, #14288
KEVIN M. DILLS, #29151
ROBERT D. FELDER, #32488
810 South Buchanan Street
P. O. Box 2908
Lafayette, LA 70502-2908
Telephone: (337) 237-1660
Facsimile: (337) 237-3676
Email: kgideon@davidsonmeaux.com
Attorneys for BNSF Railway Company

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of September, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties and/or counsel of record.

*s/Kyle L. Gideon*
KYLE L. GIDEON, #14288
KEVIN M. DILLS, #29151
ROBERT D. FELDER, #32488