UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

LARRY W. ASHWORTH,

        Plaintiff,

v.                                               Civil Action No. 2:20-CV-00053-JDC-KK

KERR MCGEE CHEMICAL CORP, et al.,       Judge James D. Cain, Jr.

        Defendants.

**PLAINTIFF LARRY W. ASHWORTH AND DEFENDANTS OCCIDENTAL PETROLEUM CORPORATION AND ANADARKO PETROLEUM CORPORATION'S <u>JOINT STATUS REPORT</u>**

Pursuant to the Court's March 12, 2021 Order, ECF 50, directing the parties to file a status update, Plaintiff Larry W. Ashworth ("Mr. Ashworth") and Defendants Occidental Petroleum Corporation ("Occidental") and Anadarko Petroleum Corporation ("Anadarko") file this joint status report to inform the Court of the parties' ongoing discussions regarding whether these proceedings should remain stayed pending resolution of related proceedings between the parties in New York federal court.

On March 12, 2021, Occidental and Anadarko filed a Notice of Appeal in the United States Court of Appeals for the Second Circuit, case number 21-627, appealing a February 19, 2021 opinion and order issued by Judge Oetken of the United States District Court for the Southern District of New York, denying Occidental and Anadarko's motion to enforce a November 19, 2014 permanent injunction barring Mr. Ashworth's claims before this Court. Occidental and Anadarko remain steadfast in their belief that the November 19, 2014 permanent injunction bars Mr. Ashworth's claims against Occidental and Anadarko and plan to pursue their appeal of Judge Oetken's decision. Mr. Ashworth has questioned whether the Second Circuit has jurisdiction to

hear that appeal. Mr. Ashworth, through his counsel, remains steadfast that there is no such bar, in addition to the jurisdiction question they have raised.

The parties request that this case remain stayed as to Occidental and Anadarko, pending further discussion between the parties. The parties propose to file a further status report with the Court in sixty (60) days to address the status of the pending appeal and how best to proceed in this action, including whether and/or how to proceed with briefing on Occidental and Anadarko's motion to dismiss Mr. Ashworth's claims for lack of personal jurisdiction and/or whether Mr. Ashworth will seek to amend his complaint.

Dated:  April 9, 2021                             Respectfully submitted,

*s/ Perry R. Sanders, Jr.*                              *s/ Lynne M. Powers*
Perry R. Sanders, Jr.                                   Lynne M. Powers
THE SANDERS LAW FIRM                                    MORGAN, LEWIS & BOCKIUS LLP
31 N. Tejon, Suite 400                                  1000 Louisiana St.
Colorado Springs, CO 80903                              Suite 4000
perry@scclaw.net                                        Houston, TX 77002-5006
Tel. 719.630.1556                                       lynne.powers@morganlewis.com
Fax 719.630.7004                                        Tel. 713.890.5433
                                                        Fax 713.890.5001
*Counsel for Plaintiff*
*Larry W. Ashworth*                                     Duke K. McCall, III
                                                        *Admitted Pro hac vice*
                                                        MORGAN, LEWIS & BOCKIUS LLP
                                                        1111 Pennsylvania Ave., NW
                                                        Washington, DC 20004-2541
                                                        duke.mccall@morganlewis.com
                                                        Tel. 202.373.6607
                                                        Fax 202.739.3001

                                                        *Counsel for Defendants*
                                                        *Anadarko Petroleum Corporation and*
                                                        *Occidental Petroleum Corporation*

**CERTIFICATE OF SERVICE**

I certify that on April 9, 2021, I served the foregoing on all counsel of record by filing the pleading with the Court's electronic court filing ("ECF") system, which automatically notifies all counsel of record.

*s/ Lynne M. Powers*
Lynne M. Powers
