UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **LARRY W. ASHWORTH** | **CASE NO.  2:20-CV-00053** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **INTERNATIONAL PAPER CO. ET AL.** | **MAGISTRATE JUDGE KAY** |

### ORDER

The court has reviewed the Joint Status Report [doc. 55] filed by the parties in response to the court's order [doc. 53] as well as the Expanded Status Report [doc. 56] filed by plaintiff. Upon consideration of those filings, the court hereby **ORDERS** that this matter remain stayed. The parties are directed to file another joint status report within ten days of the Second Circuit's ruling or by September 9, 2021, whichever occurs sooner. The stay does not prevent plaintiff from seeking leave to amend the complaint or perpetuate the testimony of certain putative class members, as described in his report.

**THUS DONE AND SIGNED** in Chambers on this 9th day of June, 2021.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**