UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

LARRY W. ASHWORTH,

        Plaintiff,

v.

KERR MCGEE CHEMICAL CORP, et al.,

        Defendants.

Civil Action No. 2:20-CV-00053-JDC-KK
Judge James D. Cain, Jr.

### PLAINTIFF LARRY W. ASHWORTH AND DEFENDANTS OCCIDENTAL PETROLEUM CORPORATION AND ANADARKO PETROLEUM CORPORATION'S JOINT STATUS REPORT

Pursuant to the Court's October 13, 2021 Order, ECF 61, directing the parties to file a status update, Plaintiff Larry W. Ashworth ("Mr. Ashworth") and Defendants Occidental Petroleum Corporation ("Occidental") and Anadarko Petroleum Corporation ("Anadarko") file this joint status report to inform the Court of the parties' ongoing discussions regarding whether these proceedings should remain stayed pending resolution of related proceedings between the parties in New York federal court.

On March 12, 2021, Occidental and Anadarko filed a Notice of Appeal in the United States Court of Appeals for the Second Circuit, case number 21-627, appealing a February 19, 2021 opinion and order issued by Judge Oetken of the United States District Court for the Southern District of New York, denying Occidental and Anadarko's motion to enforce a November 19, 2014 permanent injunction barring Mr. Ashworth's claims before this Court.

On November 5, 2021, Occidental and Anadarko filed their opening brief. Mr. Ashworth's opposition brief is due February 4, 2022.

Occidental and Anadarko remain steadfast in their belief that the November 19, 2014 permanent injunction bars Mr. Ashworth's claims against Occidental and Anadarko. Mr. Ashworth, through his counsel, remains steadfast that there is no such bar, in addition to the jurisdictional question they have raised.

The parties therefore request that this case remain stayed as to Occidental and Anadarko, pending further discussion between the parties. The parties propose to file a further status report with the Court in sixty (60) days to address the status of the pending appeal and how best to proceed in this action, including whether and/or how to proceed with briefing, on Occidental and Anadarko's motion to dismiss Mr. Ashworth's claims for lack of personal jurisdiction and/or whether Mr. Ashworth will seek to amend his complaint.

Dated:  December 16, 2021                                       Respectfully submitted,

*s/ Perry R. Sanders, Jr.*                                                  *s/ Lynne M. Powers*
Perry R. Sanders, Jr.                                                       Lynne M. Powers
THE SANDERS LAW FIRM                                                 MORGAN, LEWIS & BOCKIUS LLP
31 N. Tejon, Suite 400                                                    1000 Louisiana St.
Colorado Springs, CO 80903                                          Suite 4000
perry@scclaw.net                                                           Houston, TX 77002-5006
Tel. 719.630.1556                                                           lynne.powers@morganlewis.com
Fax 719.630.7004                                                          Tel. 713.890.5433
                                                                                       Fax 713.890.5001
*Counsel for Plaintiff*
*Larry W. Ashworth*                                                     Duke K. McCall, III
                                                                                       *Admitted pro hac vice*
                                                                                       MORGAN, LEWIS & BOCKIUS LLP
                                                                                       1111 Pennsylvania Ave., NW
                                                                                       Washington, DC 20004-2541
                                                                                       duke.mccall@morganlewis.com
                                                                                       Tel. 202.373.6607
                                                                                       Fax 202.739.3001

                                                                                       *Counsel for Defendants*
                                                                                       *Anadarko Petroleum Corporation and*
                                                                                       *Occidental Petroleum Corporation*

## CERTIFICATE OF SERVICE

 I certify that on December 16, 2021, I served the foregoing on all counsel of record by filing the pleading with the Court's electronic court filing ("ECF") system, which automatically notifies all counsel of record.

*s/ Lynne M. Powers*
Lynne M. Powers
