UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**LARRY W ASHWORTH**                    **CASE NO. 2:20-CV-00053**

**VERSUS**                              **JUDGE JAMES D. CAIN, JR.**

**INTERNATIONAL PAPER CO ET AL**        **MAGISTRATE JUDGE KAY**

## ORDER

Upon consideration of the parties' most recent status report and the related proceedings in the United States Court of Appeals for the Second Circuit, the court hereby **ORDERS** that the stay in this matter remain in effect. **IT IS FURTHER ORDERED** that the parties file a joint status report within **90 days** of this order. Failure to timely file a status report may result in the dismissal of this matter without prejudice.

**THUS DONE AND SIGNED** in Chambers on this 21st day of December, 2021.

*/s/ James D. Cain, Jr.*
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**