# Exhibit D

**Legend**
- 4 miles from Parcel A
- 4 miles from Parcel B
- Amended Class, Proposed

**Proposed Amended Class**
Based on the four mile level of exposure and likely migration, as determined by the EPA and associated testing in the "The Reports."