**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

**LARRY W ASHWORTH**                                   **CASE NO.   2:20-CV-00053**

**VERSUS**                                             **JUDGE JAMES D. CAIN, JR.**

**INTERNATIONAL PAPER CO ET AL**                       **MAGISTRATE JUDGE KAY**

**NOTICE OF DEFICIENT DOCUMENT**

**NOTICE TO FILER:**

The Motion to Amend/Correct Complaint, Motion for Expedited Depositions filed on January 20, 2022 by Larry W Ashworth was DEFICIENT for the following reason(s):

- ✓ You do not indicate whether opposing counsel consent to the granting of this ex parte motion. Please refer to LR7.4.1, 7.6, or 7.9 for specific instructions regarding statements of consent. The motion cannot be referred to chambers until this deficiency is corrected.

- ✓ A motion for leave to file must be accompanied by the proposed pleading. The court will not act on such a motion without reviewing the document sought to be filed. Please refer to LR 7.6 for more information. The motion cannot be referred to chambers until this deficiency is corrected.

**Please electronically submit a "Corrective Document" <u>within 10 days</u> from the date of this notice or the document may be stricken by the court.   PLEASE ENTITLE THE SUBMISSION, "CORRECTIVE DOCUMENT."**   All filing deadlines previously set remain in effect.   Issuance of this deficiency does not amount to an extension of any deadline.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.