UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| LARRY W. ASHWORTH | * | CIVIL ACTION NO. 2:20-CV-00053 |
| | * | |
| VERSUS | * | JUDGE JAMES D. CAIN, JR. |
| | * | |
| INTERNATIONAL PAPER COMPANY, ET AL | * * | MAGISTRATE JUDGE KATHLEEN KAY |

*************************************************************************

## MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD FOR DEFENDANT, INTERNATIONAL PAPER COMPANY

Now into Court comes Defendant, International Paper Company ("IP"), who, pursuant to Local Rule 83.2.12, respectfully requests that Daniel J. Mulholland (Louisiana State Bar number 38569) be enrolled as additional counsel to represent IP in connection with this litigation. Mr. Mulholland is an attorney duly admitted and qualified to practice before this Court, and he is of the same law firm (Forman Watkins & Krutz LLP) as IP's currently enrolled counsel.

IP respectfully moves the Court for an order enrolling Daniel J. Mulholland as additional counsel for IP.

Respectfully submitted,
FORMAN WATKINS & KRUTZ LLP

*/s/ Chelsea E. Gaudin*
ERIN WEDGE LATUSO (Bar No. 31560), T.A.
CHELSEA E. GAUDIN (Bar No. 37692)
TIM GRAY (Bar No. 31748)
ELIZABETH PENN (Bar No. 30667)
201 St. Charles Ave., Suite 2100
New Orleans, LA 70170
Telephone: (504) 799-4383
Facsimile: (504) 799-4384
Erin.Latuso@formanwatkins.com
Chelsea.Gaudin@formanwatkins.com
Tim.Gray@formanwatins.com
Elizabeth.Penn@formanwatkins.com
LAEService@formanwatkins.com
*Counsel for International Paper Company*

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all known counsel of record. A copy has also been served on all known counsel of record and/or any unrepresented party not enrolled in the CM/ECF system by U.S. Mail, certified mail, fax, e-mail, and/or hand delivery.

                                              */s/ Chelsea E. Gaudin*
                                              CHELSEA E. GAUDIN