# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

LARRY W. ASHWORTH,

    Plaintiff,

v.

KERR MCGEE CHEMICAL CORP, et al.,

    Defendants.

Civil Action No. 2:20-CV-00053
Judge James D. Cain, Jr.

**[PROPOSED] ORDER**

THIS MATTER having been brought before the Court on the motion of Plaintiff Larry W. Ashworth, for an Order granting leave to amend the complaint to modify the class definition, and for leave to take expedited depositions of certain witnesses;

IT IS on this __ day of _____, 2022;

ORDERED that:

1. Plaintiff Ashworth may amend the complaint to modify the class definition;

2. Plaintiff Ashworth may take the depositions of John Foshee, Chris Palmer, William Buckley, Robert Burton, Cornelius Jackson, Sr, Janis Spikes, and Yvonne Simien;

3. A copy of this Order shall be deemed served on all parties upon electronic filing.

 

_____

Judge James D. Cain, Jr