UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

LARRY W. ASHWORTH,

        Plaintiff,

v.

KERR MCGEE CHEMICAL CORP, et al.,

        Defendants.

Civil Action No. 2:20-CV-00053
Judge James D. Cain, Jr.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the above and forgoing Plaintiff's Memorandum in Support of Plaintiff's Motion to Amend the Complaint and Take Expedited Depositions was filed electronically with the Clerk of Court using the CM/ECF system.

    This 24th day of January, 2022, Lake Charles, Louisiana.

By: _____

David L. Wallace (#13196)
518 N Pine St.
DeRidder, LA 70634
Tel: 337-462-0473
Facsimile: 337-202-4070
*Counsel for Plaintiff*
*Larry W. Ashworth*