UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| LARRY W. ASHWORTH | : | CIVIL ACTION NO. 20-cv-0053 |
| VERSUS | : | JUDGE JAMES D. CAIN, JR. |
| KERR McGEE CHEMICAL CORP. ET AL. | : | MAGISTRATE JUDGE KAY |

### ORDER OF RECUSAL
### OF MAGISTRATE JUDGE

It is ORDERED that the undersigned does hereby recuse herself and directs the Clerk to reassign this matter pursuant to the rules of court.

THUS DONE AND SIGNED in Chambers this 8th day of February, 2022.

_____
KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE