UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **LARRY W ASHWORTH** | **CASE NO. 2:20-CV-00053** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **INTERNATIONAL PAPER CO ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## ORDER

Considering the foregoing Joint Status Report [doc. 99] filed by the parties, the court hereby **ORDERS** that the stay issued in this matter remain in place and that the parties file another Joint Status Report within ten days of the Second Circuit's decision or 90 days of this order, whichever is sooner.

**THUS DONE AND SIGNED** in Chambers on the 19th day of April, 2023.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**