# EXHIBIT 6

## ADAMS AND REESE
*Registered Limited Liability Partnership*
*Attorneys and Counselors at Law*

4500 ONE SHELL SQUARE
NEW ORLEANS, LOUISIANA 70139

Telephone: (504) 581-3234
Facsimile: (504) 566-0210
Internet: info@arlaw.com

GLEN M. PILIÉ
(504) 585-0260
piliegm@arlaw.com

NEW ORLEANS
BATON ROUGE
MOBILE
HOUSTON
JACKSON
WASHINGTON, D.C.

October 5, 1998



RECEIVED OCT 0 8 1998 LA DEPT. OF ENV. QUALITY IAS DIVISION LOG #____

CERTIFIED MAIL

Mr. Glenn A. Miller
Administrator
Inactive and Abandoned Sites Division
Louisiana Department of Environmental Quality
P. O. Box 82178
Baton Rouge, Louisiana 70884-2178

Re: American Creosote DeRidder Site (SID #01184)
Our File: 298-245

Dear Mr. Miller:

On behalf of Kerr-McGee Chemical LLC, this will acknowledge receipt by Kerr-McGee on September 1, 1998 of correspondence from LDEQ dated August 6, 1998 requesting certain information on the American Creosote DeRidder Site. The specific requests for information and Kerr-McGee's responses are set forth below:

Please provide the following information on hazardous substances disposed of or discharged to the site including:

1) The types of substances and their chemical makeup, if known.

Response: Kerr-McGee has been unable to locate any documents which would be responsive to this request. Kerr-McGee's lack of knowledge and information is due to the fact that Kerr-McGee never owned or operated this facility at any time. Based upon documents obtained from LDEQ, it appears that any creosote operations which may have been conducted on this property ceased in 1945. From 1920 until shutdown in 1945, it appears from the LDEQ documents that the facility was operated by Shreveport Creosoting Company, which had no connection whatsoever to Kerr-McGee.

In October 1955, Shreveport Creosoting Company was liquidated and dissolved by its parent American Creosoting Company. Under the plan of liquidation, all the assets of Shreveport Creosoting Company were distributed to American Creosoting Company subject to liabilities.

In July 1956, Union Bag-Camp Paper Corporation, formed a wholly owned subsidiary, American Creosoting Corporation, in order to acquire the assets of American Creosoting Company, a completely different and separate entity from American

Confidential

KM-TRX-V00552338

Creosoting Corporation. In conjunction with the asset sale in July 1956, American Creosoting Company changed its name to the Ramshorn Company. As a result of the asset purchase, American Creosoting Corporation acquired approximately 53 acres of property in DeRidder, Louisiana together with improvements. In December 1959, American Creosoting Corporation sold the property in DeRidder to Mr. Charles V. Holbrook. Kerr-McGee is not aware of any information which would indicate the facility was operational from July 1956 until December 1959.

In 1964, Kerr-McGee Oil Industries purchased American Creosoting Corporation from Union Camp. The DeRidder property had been sold by American Creosoting Corporation well before Kerr-McGee purchased American Creosoting Corporation.

Based upon these facts, it appears that neither Kerr-McGee nor American Creosoting Corporation had any involvement with the operation of this facility. Consequently, Kerr-McGee has been unable to locate any documents regarding the operation of this facility; the types of substances disposed or discharged during facility operations; the volumes of substances disposed of or discharged; the locations of any disposals or discharges at or on the facility; the dates of disposal and amounts on each date; or the identity of any persons providing transportation of hazardous substances to the facility.

2) The volumes of such substances disposed of or discharged.

Response: Please see Response No. 1. Kerr-McGee has been unable to locate any documents responsive to this request.

3) The locations of disposal or discharge of any known pollution source or facility.

Response: Please see Response No. 1. Kerr-McGee has been unable to locate any documents responsive to this request.

4) Dates of disposal and amounts on each date.

Response: Please see Response No. 1. Kerr-McGee has been unable to locate any documents responsive to this request.

5) Person(s) providing transportation of hazardous substances.

Response: Please see Response No. 1. Kerr-McGee has been unable to locate any documents responsive to this request.

6) Name(s) of owner and/or operator at the site at the time of disposal or discharge.

Response: Please see Response No. 1. Kerr-McGee has been unable to locate any documents responsive to this request.

Kerr-McGee would be interested in receiving notice of the meeting regarding the site which is referenced in LDEQ's correspondence of August 6, 1998.

Confidential

KM-TRX-V00552339