# EXHIBIT 8








