# EXHIBIT 10



Figure 3-4
Surface Water Pathways
American Creosote
DeRidder, LA