UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**LARRY W ASHWORTH**  **CASE NO. 2:20-CV-00053**

**VERSUS**  **JUDGE JAMES D. CAIN, JR.**

**INTERNATIONAL PAPER CO ET AL**  **MAGISTRATE JUDGE CAROL B. WHITEHURST**

**MINUTES OF COURT:**
**Motion Hearing**

| Date: | 01/07/2025 | Presiding: | Judge James D. Cain, Jr. |
|---|---|---|---|
| Court Opened: | 1:49 PM | Courtroom Deputy: | Tina Stewart |
| Court Adjourned: | 2:44 PM | Court Reporter: | DD Juranka |
| Statistical Time: | :55 | Courtroom: | CR4 |

**APPEARANCES**

| Trevor J Welch; Perry Ray Sanders, Jr.; David L Wallace (RET) | For | Rose Epperson, Plaintiff |
|---|---|---|
| T Joel Fyke; Daniel J Mulholland; Kyle L Gideon | For | International Paper Co, Defendant |
| Duke K McCall, III | For | Anadarko Petroleum Corp; Occidental Petroleum Corp |
| Kyle L Gideon | For | B N S F Railway Co |

**PROCEEDINGS**

This matter was called set for Motion Hearing on [212] MOTION for Settlement *Final Approval of Modified Class Action Settlement* by Rose Epperson.

After hearing argument from counsel, the court ORDERED that the motion is GRANTED for the reasons stated on the record. The Trust account that will be opened for these monies shall be opened in the State of Louisiana.

A discussion with the parties was held in the courtroom at the conclusion of the Motion hearing.