UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

ROSE L. EPPERSON,

        Plaintiff,

v.

KERR MCGEE CHEMICAL CORP, et al.,

        Defendants.

Civil Action No. 2:20-CV-00053-JDC
Judge James D. Cain, Jr.

### FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE AS TO OCCIDENTAL PETROLEUM CORPORATION AND ANADARKO PETROLEUM CORPORATION

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that final judgment is ENTERED in accordance with the terms of the Settlement Agreement and Release (ECF No. 199-2) (the "Settlement Agreement") and the Order Granting Plaintiffs' Motion for Final Settlement Approval. Terms and phrases in this Judgment will have the same meaning as in the Settlement Agreement.

The Court has personal jurisdiction over Plaintiffs and the Settlement Class and subject matter jurisdiction to approve the Settlement Agreement. Final approval of the Amended Settlement Agreement was granted.

The Court dismisses on the merits and with prejudice this Action against Defendants Occidental Petroleum Corporation and Anadarko Petroleum Corporation, including the claims of Plaintiff and the claims of the Settlement Class, with each party to bear its own costs and attorneys' fees, except as provided in the Settlement Agreement.

Those persons and entities identified in the list attached hereto as Exhibit A are excluded from the Settlement Class. Such persons and entities are not included in or bound by this

Judgment. Such persons and entities are not entitled to any recovery of the settlement proceeds obtained in connection with the Settlement Agreement.

Upon the Final Settlement Date, the Released Parties shall be discharged and released from the claims released pursuant to the terms of the Settlement Agreement. The Settlement Agreement is binding on, and will have res judicata and preclusive effect in all pending and future lawsuits or other proceedings maintained by or on behalf of Plaintiff and the releasing parties with respect to the claims released by the Settlement Agreement. As of the Final Settlement Date, Plaintiff and Settlement Class Members shall be permanently barred and enjoined from instituting, commencing, prosecuting, or asserting any claim released pursuant to the terms of the Settlement Agreement.

**IT IS SO ORDERED.**

DATED this  23rd  day of January, 2025.

*[signature]*
The Honorable Judge James D. Cain, Jr.
United States District Judge