**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

ROSE L. EPPERSON,
Individually
and as class representative for all similarly situated persons,

Plaintiff,

v.

INTERNATIONAL PAPER COMPANY, KERR-MCGEE CHEMICAL CORPORATION, KERR-MCGEE OPERATING CORPORATION, and BNSF RAILWAY COMPANY,

Defendants.

Civil Action No. 2:20-CV-00053

Judge James D. Cain, Jr.

**PLAINTIFF'S MOTION TO FILE MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT INTERNATIONAL PAPER COMPANY'S MOTION TO QUASH OR LIMIT PLAINTIFF'S RULE 30(B)(6) NOTICE UNDER SEAL**

Perry R. Sanders, Jr.
The Sanders Law Firm, LLC
400 Broad Street
Lake Charles, LA 70601
perry@perrysanders.com

Andrew K. Glenn
Trevor J. Welch
Glenn Agre Bergman & Fuentes LLP
1185 Avenue of the Americas, 22nd Floor
New York, New York 10036
aglenn@glennagre.com
twelch@glennagre.com

*Attorneys for Plaintiff*

Plaintiff Rose L. Epperson ("Plaintiff"), by and through her attorneys, file this motion seeking an entry of an order authorizing Plaintiff to file its Memorandum of Law in Opposition to Defendant International Paper Company's Motion to Quash or Limit Plaintiff's Rule 30(b)(6) Notice (ECF No. 247, the "Opposition") and accompanying papers under seal.

On August 20, 2025, Plaintiff filed the Opposition (Exhibit 1), and accompanying Declaration of Jason Rotstein (Exhibit 2), and Exhibits A-F (Exhibit 3). The Opposition and declaration contain references to and excerpts from exhibits comprising certain documents produced by Defendant during Phase I discovery and designated as Confidential Information with the stamp "CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER," pursuant to the terms of the Protective Order entered in this action (ECF No. 239, the "Protective Order").

Under Section 8 of the Protective Order, any party wishing to file Confidential Information in a brief to the Court must comply with Federal Rule of Civil Procedure ("FRCP") 5.2(d) and Local Administrative Procedures for Filing Documents, Sections I.D.4. and II. Under FRCP 5.2(d), the court "may order that a filing be made under seal without redaction." Out of an abundance of caution, Plaintiff respectfully requests that the Court issue an order authorizing Plaintiff leave to file the Opposition (and the accompanying declaration and exhibits thereto) under seal. Plaintiff's counsel contacted Defendant International Paper Company's counsel via e-mail on August 20, 2025 after filing the Opposition, and Defendant's counsel did not respond.

WHEREFORE, for the reasons set forth above, plaintiff requests that this Honorable Court enter an order granting plaintiff leave to file the Opposition and the accompanying declaration and exhibits thereto under seal.

Dated: August 20, 2025

*/s/ Perry R. Sanders*
Perry R. Sanders, Jr.
The Sanders Law Firm, LLC
400 Broad Street
Lake Charles, LA 70601
perry@perrysanders.com
Telephone: 719-630-1556

David L. Wallace
518 North Pine Street, P.O. Box 489
DeRidder, LA 70634
wnblawoffice@bellsouth.net
Telephone: 337-462-0473

Andrew K. Glenn
Trevor J. Welch
Jason Rotstein
Nathan J. Ades
Glenn Agre Bergman & Fuentes LLP
1185 Avenue of the Americas, 22nd Floor
New York, New York 10036
aglenn@glennagre.com
twelch@glennagre.com
jrotstein@glennagre.com
nades@glennagre.com
Telephone: 212-970-1600

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on August 20, 2025, a true and correct copy of the foregoing document was served on all counsel of record in accordance with the Federal Rules of Civil Procedure.

*/s/ Perry R. Sanders*
Perry R. Sanders, Jr.
The Sanders Law Firm, LLC
400 Broad Street
Lake Charles, LA 70601
perry@perrysanders.com
Telephone: 719-630-1556

David L. Wallace
518 North Pine Street, P.O. Box 489
DeRidder, LA 70634
wnblawoffice@bellsouth.net
Telephone: 337-462-0473

Andrew K. Glenn
Trevor J. Welch
Jason Rotstein
Nathan J. Ades
Glenn Agre Bergman & Fuentes LLP
1185 Avenue of the Americas, 22nd Floor
New York, New York 10036
aglenn@glennagre.com
twelch@glennagre.com
jrotstein@glennagre.com
nades@glennagre.com
Telephone: 212-970-1600

*Attorneys for Plaintiff*