# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| ROSE L. EPPERSON, Individually and as class representative for all similarly situated persons, <br><br> Plaintiff, <br><br> v. <br><br> INTERNATIONAL PAPER COMPANY, KERR-MCGEE CHEMICAL CORPORATION, KERR-MCGEE OPERATING CORPORATION, and BNSF RAILWAY COMPANY, <br><br> Defendants. | Civil Action No. 2:20-CV-00053 <br><br> Judge James D. Cain, Jr. <br><br> **PLAINTIFF'S NOTICE OF MOTION TO COMPEL DEPOSITION <u>OF EMILY W. LEE</u>** |

**PLEASE TAKE NOTICE THAT** Plaintiff Rose L. Epperson ("Plaintiff") will, and hereby does, move the Court, pursuant to Fed. R. Civ. P. 37, for an order compelling the deposition of Emily W. Lee in her individual; for costs; and for other and further relief that the Court deems just and proper. This motion is based upon: (i) the accompanying memorandum of law, dated September 19, 2025; and (ii) the Declaration of Jason Rotstein, dated September 19, 2025, and the exhibits thereto.

Dated: September 19, 2025

*/s/ Perry R. Sanders, Jr.*
Perry R. Sanders, Jr.
The Sanders Law Firm, LLC
400 Broad Street
Lake Charles, LA 70601
perry@perrysanders.com
Telephone: 719-630-1556

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on September 19, 2025, a true and correct copy of the foregoing document was served on all counsel of record in accordance with the Federal Rules of Civil Procedure.

*/s/ Perry R. Sanders, Jr.*
Perry R. Sanders, Jr.
The Sanders Law Firm, LLC
400 Broad Street
Lake Charles, LA 70601
perry@perrysanders.com
Telephone: 719-630-1556

David L. Wallace
518 North Pine Street, P.O. Box 489
DeRidder, LA 70634
wnblawoffice@bellsouth.net
Telephone: 337-462-0473

Andrew K. Glenn
Trevor J. Welch
Jason Rotstein
Nathan J. Ades
Glenn Agre Bergman & Fuentes LLP
1185 Avenue of the Americas, 22nd Floor
New York, New York 10036
aglenn@glennagre.com
twelch@glennagre.com
jrotstein@glennagre.com
nades@glennagre.com
Telephone: 212-970-1600

*Attorneys for Plaintiff*