# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| ROSE L. EPPERSON, Individually and as class representative for all similarly situated persons,<br><br>        Plaintiff,<br>v.<br><br>INTERNATIONAL PAPER COMPANY, KERR-MCGEE CHEMICAL CORPORATION, KERR-MCGEE OPERATING CORPORATION, and BNSF RAILWAY COMPANY,<br><br>        Defendants. | Civil Action No. 2:20-CV-00053-JDC-CBW<br><br>Judge James D. Cain, Jr.<br><br>**[PROPOSED] ORDER** |

        **THIS MATTER** having been brought before the Court on the motion of plaintiff Rose L. Epperson, pursuant to Fed. R. Civ. P. 37, for an order compelling the deposition of Emily W. Lee; and for costs;

        On this ___ day of _____, 2025, the Court

        **GRANTS** plaintiff's Motion to Compel Deposition and for costs and attorneys' fees; and;

        **FURTHER ORDERS** that the deposition of Emily W. Lee shall take place before November 3, 2025, and;

        **FURTHER ORDERS** that plaintiff shall file with the Court a sheet of costs and fees to be considered by this Court within two (2) weeks of this Order.

                                                                                       _____
                                                                                      Judge Carol B. Whitehurst