# EXHIBIT 1

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | |
|---|---|
| ROSE L. EPPERSON, Individually and as class representative for all similarly situated persons, <br><br> Plaintiff, <br> v. <br><br> INTERNATIONAL PAPER COMPANY, KERR-MCGEE CHEMICAL CORPORATION, KERR-MCGEE OPERATING CORPORATION, and BNSF RAILWAY COMPANY, <br><br> Defendants. | Civil Action No. 2:20-CV-00053 <br><br> Judge James D. Cain, Jr. |

## NOTICE OF DEPOSITION TO EMILY W. LEE

PLEASE TAKE NOTICE that, pursuant to Rule 30(b) of the Federal Rules of Civil Procedure, Plaintiff Rose L. Epperson, by and through her attorneys, will take the deposition upon oral examination of Emily W. Lee, Remediation Manager, of Defendant INTERNATIONAL PAPER COMPANY, on Wednesday, July 9, 2025 at 10:00 a.m. at the offices of The Sanders Law Firm, LLC, located at 400 Broad Street, Lake Charles, Louisiana 70601, or at another date, time, or location agreed to by the parties.

The oral examination shall be before a notary public or other person authorized by law to administer oaths, for purposes of discovery or use as evidence in this case, or both. The deposition shall be recorded by stenographic means and audio-and-visual tape. The deposition will continue from day to day until completed.

Dated: May 30, 2025

*/s/ Perry R. Sanders, Jr.*
Perry R. Sanders, Jr.
The Sanders Law Firm, LLC
400 Broad Street
Lake Charles, LA 70601
perry@perrysanders.com
Telephone: (719) 630-1556

David L. Wallace
518 North Pine Street, P.O. Box 489
DeRidder, LA 70634
wnblawoffice@bellsouth.net
Telephone: (337) 462-0473

Andrew K. Glenn
Trevor J. Welch
Jason Rotstein
Nathan J. Ades
Glenn Agre Bergman & Fuentes LLP
1185 Avenue of the Americas, 22nd Floor
New York, New York 10036
aglenn@glennagre.com
twelch@glennagre.com
jrotstein@glennagre.com
nades@glennagre.com
Telephone: (212) 970-1600

*Attorneys for Plaintiff*