UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| ROSE EPPERSON | * | CIVIL CASE NO. 2:20-CV-00053 |
| | * | |
| VERSUS | * | JUDGE JAMES D. CAIN, JR. |
| | * | |
| INTERNATIONAL PAPER COMPANY, ET AL. | * * | MAGISTRATE JUDGE CAROL B. WHITEHURST |

******************************************************************************

**FIFTH AMENDED SCHEDULING ORDER**
**FOR CLASS CERTIFICATION HEARING**

District Judge James D. Cain, Jr. and Magistrate Judge Carol B. Whitehurst welcome you to the Western District of Louisiana. If you have any questions about the rules or deadlines fixed by this order or otherwise wish to contact chambers, you may reach Judge Cain's chambers at 337-493-2200 and Magistrate Judge Whitehurst's chambers at 337-593-5160. You may reach either chamber by email through the addresses provided on the chambers pages at www.lawd.uscourts.gov. The mailing address for the Lake Charles division is 611 Broad Street, Lake Charles, LA, 70601. You are to proceed as indicated in this Scheduling Order according to the deadlines set forth herein until you are ordered to do otherwise.

See Judge Cain's Standing Orders on his page at www.lawd.uscourts.gov. Regarding a Motion for Extension of a Deadline, the Order states as follows:

> **IT IS HEREBY ORDERED** that effective immediately, a motion for extension of a deadline in any matter pending before the undersigned shall be filed at least two (2) business days prior to the deadline. The moving party shall provide the undersigned the specific reasons justifying the extension, even if the motion is unopposed. No request for extension filed in violation of this order will be granted absent a showing of good cause.

## I. Phase I Schedule and Deadlines:

### a. Phase I Discovery

The scope of Phase I discovery shall be limited to matters necessary for Plaintiff to fashion a class and file a motion for class certification.

Although the court sets no specific deadline for completion of discovery, the parties will note that Phase I Motions to Compel must be filed no later than May 11, 2026, absent leave of court. The court will not grant a Motion to Compel discovery that is not due at the time the motion is filed or that is not in a proper procedural posture to be filed; accordingly,

parties must seek written discovery allowing adequate time for response and consultation with counsel for alleged inadequate responses.

The parties will produce documents on a rolling basis with a substantial completion date three weeks in advance of the deadline for motions to compel.

A two-day Rule 30(b)(6) deposition of International Paper Company shall take place by March 30, 2026.

**b. Phase I Motions**

Phase I motions to compel discovery shall be filed no later than May 11, 2026.

Plaintiff's Motion for Class Certification shall be filed no later than July 22, 2026.

Motions to amend the pleadings must be filed no later than July 22, 2026.

**c. Phase I Disclosures**

Consistent with Federal Rule of Civil Procedure 26(a)(1) and 26(a)(2), Plaintiff shall serve disclosures related to class certification on or before July 22, 2026. Plaintiff cannot submit additional expert witnesses or supplemental expert reports regarding class certification outside of these deadlines absent leave of court.

Disclosure requirements for treating physicians are governed by Federal Rule of Civil Procedure 26(a)(2)(C) and shall be provided along with plaintiff's other Rule 26(a)(2) disclosures.

## II. Phase II Schedule and Deadlines:

Following the filing of the Phase I Motions and Phase I Disclosures, the Court shall conduct a scheduling conference for purpose of entering a scheduling order regarding Phase II schedules and deadlines, including deadlines for dispositive and *Daubert* motions.

Phase II shall provide the parties with discovery regarding class certification issues presented by Plaintiff's Motion for Class Certification.

**THUS DONE AND SIGNED** in Chambers on the 23rd day of March, 2026.

**CAROL B. WHITEHURST**
**UNITED STATES MAGISTRATE JUDGE**