**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **ROSE EPPERSON** | **CASE NO. 2:20-CV-00053** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **INTERNATIONAL PAPER CO ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

**ORDER BY AGREEMENT**

On the 16th day of July, 2026, Plaintiff filed her Motion to Extend Remaining Phase I Deadlines. Doc. 327. In response, Defendant, International Paper Company, filed its Response in Opposition to Plaintiff's Motion to Extend Remaining Phase I Deadlines. Doc. 328. Defendant, BNSF Railway Company, then filed its Response in Opposition to Plaintiff's Motion to Extend Remaining Phase I Deadlines. Doc. 331. This court deferred ruling on Plaintiff's Motion and stayed all deadlines until August 5, 2026, in order to allow the matter to first be addressed by Retired Judge L. Scott Coogler, acting as Special Master. Doc. 338.

The Special Master has reported to this Court that Plaintiff's Motion to Extend Remaining Phase I Deadlines along with Defendants' opposition thereto was addressed in a virtual conference he conducted on July 30, 2026 at which all parties

were represented and participated. The Special Master reports that the parties arrived at an agreement and this Court will enter an Order consistent with that agreement.

**Therefore, it is Ordered that:**

1) Plaintiff's Motion to Extend Remaining Phase I Deadlines [Doc. 327] is granted in part as follows.

2) Plaintiff shall file her Motion for Class Certification, her Motion to Amend the Pleadings, and shall serve her Phase I Disclosures (as described in the Fifth Amended Scheduling Order for Class Certification Hearing [Doc. 299]) no later than August 27, 2026.

3) On or before September 10, 2026, each party shall submit to the Special Master its proposed schedule and plan for conducting Phase II discovery as well as conducting the process that will culminate in the Court's consideration of the Motion for Class Certification.

4) Following the disclosure of the separate schedules and plans, the attorneys representing each party shall confer in an effort to agree on a joint proposed schedule and plan. Should the parties agree on a joint proposed schedule and plan (or any part thereof) then the parties shall submit that joint proposed schedule and plan (or part thereof) to the Special Master on or before September 17, 2026.

5) After receiving the above, the Special Master shall conduct conferences, either in person or virtually, in an effort to reach an agreed upon detailed scheduling order and plan. If the parties agree to such a scheduling order and plan then the Special Master shall submit it to this Court for consideration of adoption. If the parties fail to agree, then the Special Master, consistent with this Court's previous direction, shall make an appropriate Report and Recommendation as to that subject.

**THUS DONE AND SIGNED** in Chambers on the 3rd day of August, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**